UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Case no: 3:23-cv-05189-JHC-MLP

Renee Bishop McKean
(Name of Plaintiff)

vs.

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

Securus - Mrs. Wild - Securus "Liason"
and,
SECURUS Technologies, Inc

(Names of Defendant(s))

**I. Previous Lawsuits:**

　　A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

　　　　☒ Yes　　☐ No

　　B. If your answer to A is yes, how many?: __2__. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

　　1. Parties to this previous lawsuit:

　　　　Plaintiff: Renee Bishop McKean

　　　　Defendants: Snohomish County Superior Court

　　2. Court (give name of District): U.S. District Court

　　3. Docket Number: _____

2

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: 2012

7. Approximate date of disposition: 2012

**II. Place of Present Confinement:** Wash, Corr, Center for Women

    A. Is there a prisoner grievance procedure available at this institution? ☒ Yes ☐ No

    B. Have you filed any grievances concerning the *facts* relating to this complaint? ☒ Yes ☐ No
She claimed its non-grievable because Securus has a Resolution agency.
If your answer is NO, explain why not:
_____

    C. Is the grievance process completed? Attached ☒ Yes ☐ No

**If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**III. Parties to this Complaint**

    A. Name of Plaintiff: Renee BishopMcKeon  Inmate No.: 361358
Address: 9601 Bujacich Rd, NW Gig Harbor, WA, 98332

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    B. Defendant: Ms. Wild  Official Position: Securus Liason
Place of employment: W.C.C.W.

    C. Additional defendants Securus Technologies, Inc.
_____

3

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Approximately six months ago Securus bought out JPAY and is unfortunately now the service provider for our electronic Tablets or JP7 players. They sell us songs, game and phone time. When they initially handed out all new Tablets to all the inmates they had the old songs and music, our old messages/texts and games ready to download from our old Tablets they had us mail out. They were unsuccessful with several people, Tablets failing to transfer all old data. Its been ongoing for 6 months now, I wrote to their Resolution Center in Florida. I received NO RESPONSE. Next, I lodged a complaint with the Consumer Protection Division of the Attorney Generals Office of Washington file# 633856 JPAY responded, claiming they were "trouble shooting" my issue and may refund my "alleged" data. My trouble ticket entries are given a fixed response, then CLOSED out. This is fraud. I have waited long enough. Next the company Securus unlike JPAY disconnected all visits, phone transmissions, email communications and money transfers for six months with my fiance in England. I've been desolate, broke and lonely, lost. Unlike JPAY, Securus doesn't service International people, my people in Australia or England.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

4

I want my money back. They charge $1.99 per song at about 500 songs, plus around 50 games at $6-8 each. I've gone without "entertainment", music, games, movie rentals, etc., due to their oversight. I want a full refund, plus a minor amount for my trouble. They owe me about $1500.⁰⁰. It's $995.⁰⁰ for music and $375.⁰⁰ for games. The total is $1370.⁰⁰ plus damage as determined by Court.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __March__ 20__23__.

_____
(Signature of Plaintiff)

5